JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BROS., INC., <br><br>    Plaintiff, <br><br>v. <br><br>T AND A BUILDERS, INC., a California corporation. <br><br>    Defendant. | Case No. CV 23-7159-MWF(MRWx) <br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

The Court has considered the parties' Joint Stipulation for Dismissal. (Docket No. 34). For good cause shown, the Court ORDERS Plaintiff's entire action, *Bernard Bros., Inc. v. T and A Builders, Inc.*, Case No. CV 23-07159-MWF(MRWx), DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: November 27, 2024

                                           MICHAEL W. FITZGERALD
                                           United States District Judge